AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

NADER CHEETANY, et al.,

                Plaintiffs,

  v.

PETER M. BERGSTROM, et al.

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01692-GMN-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is in favor of Plaintiffs Nader Cheetany, Eva Garcia-Mendoza, Martyn James Ravenhill, Esad Morina, and against Defendants Peter M. Bergstrom, Destination Online L.L.C., OURID Inc.

Further, Plaintiffs shall be awarded as follows, jointly and severally against Defendants Peter M. Bergstrom, Destination Online, L.L.C., and OURID, Inc.:

(1) Compensatory damages: a. To Cheetany: $80,000.00, plus judgment interest at $11.51 per day from December 7, 2020, until satisfied; b. To Garcia: $200,000.00, plus judgment interest at $28.77 per day from December 7, 2020, until satisfied; c. To Ravenhill: $1,000,000.00, plus judgment interest at $143.84 per day from December 7, 2020, until satisfied; and d. To Morina: $200,000.00, plus judgment interest at $28.77 per day from December 7, 2020, until satisfied.

(2) Punitive damages: a. To Cheetany: $250,000.00; b. To Garcia: $250,000.00; c. To Ravenhill: $250,000.00; and d. To Morina: $250,000.00.

7/7/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/Y. Williams  
Deputy Clerk